UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SONIA POLICARPI-DATRINDADE         CIVIL ACTION

VERSUS

GARRISION PROPERTY AND
CASUALTY INSURANCE COMPANY,        NO. 23-00145-BAJ-EWD
ET AL.

## RULING AND ORDER

On February 16, 2024, the Magistrate Judge issued a **Report And Recommendation (Doc. 19, the "R&R")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendants' failure to establish diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. No objections were filed.

Upon de novo review and having carefully considered Defendants' Notice of Removal (Doc. 1), the parties' memoranda setting forth their respective positions regarding whether Defendants have satisfied Section 1332's diversity of citizenship requirement (Docs. 8, 9, 14, 17, 18), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 5th day of March, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**